UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TELITHA CLEMENTS,

                Plaintiff,                No. 11-13340

vs.                                        Hon. Gerald E. Rosen

PRUDENTIAL PROTECTIVE
SERVICES, LLC,
a Domestic Limited Liability Company,

                Defendant.
_____/

## JUDGMENT

The Court having this date entered an Opinion and Order granting Defendants' Motion for Summary Judgment and dismissing Plaintiff's Amended Complaint in its entirety, with prejudice,

NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that a JUDGMENT OF DISMISSAL, WITH PREJUDICE, be, and hereby is, entered.

                s/Gerald E. Rosen
                Chief Judge, United States District Court

Dated: March 7, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 7, 2013, by electronic and/or ordinary mail.

                s/Julie Owens
                Case Manager