UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TELITHA L. CLEMENTS,

          Plaintiff,          No. 11-cv-13340

vs.          Hon. Gerald E. Rosen

PRUDENTIAL PROTECTIVE
SERVICES, LLC,

          Defendant.
_____/

ORDER DENYING PLAINTIFF'S MOTION FOR PROCEEDINGS
SUPPLEMENTARY TO JUDGMENT AS MOOT

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on January 29, 2016

PRESENT:  Honorable Gerald E. Rosen
                  United States District Judge

On August 13, 2015, Plaintiff filed a Motion for Proceedings Supplementary to Judgment in which she sought an order compelling Greg Wier and Jason Hartless, the owners of Defendant/Judgment Debtor Prudential Protective Services, LLC, to appear for a creditor's examination to answer questions under oath about Defendant's real and personal property. Noting that the record of proceedings since the date of Plaintiff's motion indicated counsel for the parties had conferred and an agreement to produce Messrs. Wier and Hartless for deposition appeared to have been reached, on November 13, 2015, the Court contacted counsel and asked whether they agreed with the Court that

Plaintiff's Motion had become moot. Defense counsel responded to the Court's inquiry agreeing with the Court's assessment that Plaintiff's Motion was moot. Plaintiff's counsel did not reply. The Court views the lack of any response from Plaintiff in the ensuing months as acquiescence on her part. Accordingly,

IT IS HEREBY ORDERED that Defendant's Motion for Proceedings Supplementary to Judgment **[Dkt. # 92]** is denied as MOOT.

s/Gerald E. Rosen
United States District Judge

Dated: January 29, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 29, 2016, by electronic and/or ordinary mail.

s/Julie Owens
Case Manager, (313) 234-5135